JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | NO. CR09-5824BHS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER EXTENDING TIME TO FILE OPENING BRIEF |
| KRYSTLE CAMARILLO, | ) | |
| Defendant. | ) | |

Based on the unopposed motion of the parties to extend the time to file the opening brief in this matter, the Court finds that such an extension would serve the ends of justice, therefore,

Taking into account the exercise of due diligence, an extension of the deadline to file the Opening Brief in this matter is necessary to allow the defendant the reasonable time to research all relevant issues and defenses applicable to the case and for effective preparation of his defense. 18 U.S.C. § 3161(h)(8)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the deadline for the filing of the Opening Brief in this matter be extended from December 28, 2009 to January 29, 2010.

//

//

ORDER EXTENDING TIME
TO FILE OPENING BRIEF – 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

Plaintiff-Appellee's answering brief shall be due on 2/11/10.

Any reply by defendant-appellant shall be due on 2/19/10.

DONE this 14th day of January, 2010.

/s/ Benjamin H. Settle
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ Jerome Kuh
Jerome Kuh
Attorney for Defendant

ORDER EXTENDING TIME
TO FILE OPENING BRIEF  − 2